UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNN ZELVIN, on behalf of himself and all others similarly situated,

        Plaintiff,

-v-

FIRST COMMEMORATIVE MINT, INC.,

        Defendant.

CIVIL ACTION NO. 23 Civ. 9808 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 29, 2023, in response to the parties' notice of settlement (ECF No. 13), the Court directed the parties to file a stipulation of dismissal (the "Stipulation") for the attention of the Honorable Jennifer H. Rearden by January 22, 2024. (ECF No. 13). The parties failed to file the Stipulation by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Stipulation by **January 26, 2024**.

Dated:    New York, New York
            January 23, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**